IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 10-00073-01-CR-W-NKL |
| GERLARMO CAMMISANO, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E. Larsen, to which no objection has been filed, the plea of guilty to Count I of the Indictment is accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the Court.

                                              s/ NANETTE K .LAUGHREY
                                              NANETTE K. LAUGHREY
                                              United States District Judge

Kansas City, Missouri
May 4, 2010